IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEREMIAH MEDINA,**

        **Petitioner,**

**v.**                                                                    **No. CV 11-864 JP/LAM**

**FNU LNU, et al.,**

        **Respondents.**

## ORDER

**THIS MATTER** is before the Court on Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2)*, filed September 27, 2011, and the Court being fully advised, hereby **FINDS** that the motion is well-taken and should be **GRANTED**;

**IT IS THEREFORE ORDERED** that the motion to proceed *in forma pauperis* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

                                                          *Lourdes A. Martínez*
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**