IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMIAH MEDINA,

      Petitioner,

v.                                                     No. CV 11-864 JP/LAM

FNU LNU, et al.,

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 19)*, filed on May 21, 2012. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 19)*, deny Petitioner's *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1)* without an evidentiary hearing, and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 19)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Petitioner's *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1)* is **DENIED**.

**IT IS FURTHER ORDERED** that all other motions in this case are **DENIED as moot**.

   **IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**

and that a final judgment be entered concurrently with this order.

   **IT IS SO ORDERED.**

*[signature: James A. Parker]*

_____

   **HONORABLE JAMES A. PARKER**
   **SENIOR UNITED STATES DISTRICT JUDGE**